UNITED STATES OF AMERICA     )
                                  )     Case No. 4:13-cr-11
                                  )
v.                                   )
                                  )     MATTICE / LEE
REGIS D. BELL               )

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the thirty-four count

Indictment (2) accept Defendant's plea of guilty to the lesser included offense of the charge in Count

One, that is of conspiracy to distribute five hundred (500) grams or more of a mixture and substance

containing a detectable amount of cocaine and twenty-eight (28) grams or more of a mixture and

substance containing a detectable amount of cocaine base ("crack"), both Schedule II controlled

substances, in violation of 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B); (3) adjudicate Defendant

guilty of the lesser included offense of the charge in Count One, that is of conspiracy to distribute

five hundred (500) grams or more of a mixture and substance containing a detectable amount of

cocaine and twenty-eight (28) grams or more of a mixture and substance containing a detectable

amount of cocaine base ("crack"), both Schedule II controlled substances, in violation of 21 U.S.C.

§§ 846, 841(a)(1) & 841(b)(1)(B); (4) defer a decision on whether to accept the plea agreement until

sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 313].

Neither party filed a timely objection to the report and recommendation. After reviewing the record,

the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court

**ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 313] pursuant

to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to the lesser included offense of the charge in Count One, that is of conspiracy to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine and twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), both Schedule II controlled substances, in violation of 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B) is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the lesser included offense of the charge in Count One, that is of conspiracy to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine and twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), both Schedule II controlled substances, in violation of 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B);

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Monday, March 17, 2014 at 9:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

2

**SO ORDERED.**

**ENTER:**

_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE